U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

JUL 3 0 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CLARENCE JAMES EDMOND<br>LA. DOC. #387359 | CIVIL ACTION NO. 6:14-CV-00831<br>SECTION P |
| VERSUS | JUDGE DOHERTY |
| WARDEN TERRY TERRELL | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's petition is **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

Lafayette, Louisiana, this 29 day of July, 2014.

Rebecca F. Doherty
United States District Judge